# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 11, 2022

**BY ECF**
Judge Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Warris Adenuga, 21 Cr. 609 (LAP)**

Dear Judge Preska:

I write with no objection from Pretrial Services to respectfully request that the Court modify Mr. Adenuga's conditions of release to allow him to travel to the Northern District of Georgia. The Government defers to Pretrial Services. Mr. Adenuga wishes to travel to Atlanta, Georgia for a work trip from April 15, 2022 to April 18, 2022. We have been in touch with Pretrial Services and will provide them the exact address, travel itinerary, and any other requested information if our request is granted.

On October 13, 2021, Magistrate Judge Sarah Netburn released Mr. Adenuga on his own signature and imposed the following bail conditions, *inter alia:* a $100,000 personal recognizance bond co-signed by two financially responsible persons; travel limited to SDNY/EDNY/District of New Jersey; pretrial supervision as directed; no opening any new bank accounts, lines of credit or credit cards without approval of PTS.

Mr. Adenuga met all bail conditions and has been in compliance over the last six months. I thank you for your attention to this matter.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

4/12/22

Respectfully submitted,

/s/ Amy Gallicchio