# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

May 16, 2022

**BY ECF**
Judge Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Warris Adenuga, 21 Cr. 609 (LAP)**

Dear Judge Preska:

I write to respectfully request that the Court temporarily modify Mr. Adenuga's conditions of release to allow him to travel with his wife for her birthday to the District of Puerto Rico from June 3-6, 2022. Pretrial Services takes no position on this request and the Government defers to Pretrial Services. We have been in touch with Pretrial Services and will provide them the exact travel itinerary if the request is granted.

On October 13, 2021, Magistrate Judge Sarah Netburn released Mr. Adenuga on his own signature and imposed the following bail conditions, *inter alia:* a $100,000 personal recognizance bond co-signed by two financially responsible persons; travel limited to SDNY/EDNY/District of New Jersey; pretrial supervision as directed; no new bank accounts, lines of credit or credit cards without approval of PTS.

Mr. Adenuga met all conditions of his bail and has been in compliance over the last almost seven months. The Court granted one prior request for travel to the Northern District of Georgia for work purposes and Mr. Adenuga complied with all conditions set.

I thank you for your attention to this matter.

Approved
So ordered
Loretta A. Preska
5/16/22

Respectfully submitted,

/s/ Amy Gallicchio
Amy Gallicchio
Assistant Federal Defender
(212) 417-8728

cc:   AUSAs Kaylan Lasky & Matthew Weinberg, SDNY PTSO Dominique Jackson, NJ PTSO Daniel Milne