UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                                :
UNITED STATES OF AMERICA         :

       - v. -                  :      [**PROPOSED**] **ORDER**

WARRIS ADENUGA,                 :
    a/k/a "Blue,                    :      21 Cr. 609(LAP)

        Defendant.        :
------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Sarah Netburn on October 17, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          October 20, 2022

                                          _____
                                          THE HONORABLE LORETTA A. PRESKA
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK