UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -against- | No. 21-CR-609 (LAP) |
| | ORDER |
| WARRIS ADENUGA, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for sentencing on February 8, 2023, at 1:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:    January 25, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1